# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | |
| Omar Campos-Rivera | YOB: | PRINCIPAL |
| A201 069 493 | | 1990 |

## CRIMINAL COMPLAINT

Case Number:

M-14- 1914 -M

United States District Court
Southern District of Texas
FILED

SEP 27 2014

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 26, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Dalila Lima-Lima, citizen and national of Guatemala and eight (8) other undocumented aliens for a total of nine (9) who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport by foot said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas.

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 26, 2014, McAllen Border Patrol Agent R. A. Martinez was conducting line watch duties. At approximately 5:00 a.m., Agent Martinez responded to a sensor activation near the Cavazos Campgrounds in Mission, Texas. Agent Martinez was able to apprehend a total of ten subjects in the brush who were believed to have activated the seismic sensor. After conducting an immigration inspection, Agent Martinez determined that all subjects were illegally present in the United States. All of the subjects were then transported to the McAllen Border Patrol Station for processing.

Once at the station, through interviews, it was determined that Omar CAMPOS-Rivera was the foot guide of the group.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*Eduardo Cortez* (signature)
Signature of Complainant

Eduardo Cortez    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

September 27, 2014
Date

at   McAllen, Texas
City and State

Dorina Ramos                , U. S. Magistrate Judge
Name and Title of Judicial Officer

*Dorina Ramos* (signature)
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-14- 1914 -M

RE: Omar Campos-Rivera            A201 069 493

**PRINCIPAL STATEMENT:**
Once at the station, Omar CAMPOS-Rivera was advised of his Miranda Rights by Border Patrol Agents. CAMPOS understood his rights and provided a sworn statement without the presence of an attorney.

CAMPOS stated that he is a citizen and national of Mexico. On September 26, 2014, he smuggled a group of about 10 undocumented aliens across the Rio Grande River into the United States. He was guiding them to the expressway where an unknown load driver would be waiting for the group. He was going to receive $50 per person. CAMPOS further stated that he has been working as a foot guide since he was thirteen years of age but had not guided any groups since he was released from prison on November of 2013. He was doing this to pay bills and help his sick mother.

**MATERIAL WITNESS STATEMENT:**
Once at the Border Patrol Station, the material witness was advised of her Miranda Rights. She stated that she understood her rights and provided a statement without the presence of an attorney.

Dalila LIMA-Lima stated she made smuggling arrangements in Guatemala and paid $5,000 in smugglings fees to be smuggled to Maryland. On September 26, 2014, she was smuggled by raft into the United States. LIMA identified CAMPOS in a photo lineup as the guide of the group. LIMA stated that she already knew CAMPOS was the foot guide because on her first entry into the United States she was also smuggled by CAMPOS, but was apprehended. CAMPOS would give the group instructions as they were walking through the brush. They had walked for about three hours before they were apprehended by Border Patrol.